CHARLES S. PECK, Respondent, v. A. POWELL, Appellant.

No. 1212; December 8, 1856.

**Judgment.—A Verdict for Simply the Recovery of Property does not warrant a judgment for damages in addition.**

APPEAL from Thirteenth Judicial District, Mariposa County.

H. G. Worthington for respondent; Boyce & Harris and Wade & Flower for appellant.

HEYDENFELDT, J.—The verdict of the jury was simply in favor of the recovery of the property sued for, and did not authorize the court in awarding damages against the defendant.

Judgment reversed and cause remanded.

I concur: Murray, C. J.